

**JUDGE MOLLEE WESTFALL**
**371ST DISTRICT COURT**
TIM CURRY JUSTICE CENTER
401 WEST BELKNAP
FORT WORTH, TEXAS 76196-7118
817.884.2985
817.212.7567 - FAX

PAM COLE
COURT COORDINATOR
817.884.2989
plcole@tarrantcounty.com

BRENDA CLARK
OFFICIAL COURT REPORTER
817.884.2895
bgclark@tarrantcounty.com

September 12, 2016

Tilon Lashon Carter
#00999517
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Re:     Tilon Lashon Carter – Case Number 0949973D, CCA Number AP-75,603

Dear Mr. Carter,

Enclosed you will find a certified copy of this Court's Order Setting Execution Date. Please note the order sets the execution for Tuesday, February 7, 2017.

Sincerely,

JUDGE MOLLEE WESTFALL
Judge 371st District Court

Enclosure (1)
cc:
Joni White
Director
RECORDS & CLASSIFICATION
P.O. BOX 99
HUNTSVILLE, TX 77340

Abel Acosta, Clerk
Court of Criminal Appeals
PO Box 12308, Capitol Station
Austin, Texas 78711

Tina Miranda
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711

Sharen Wilson
Tarrant County District Attorney
401 West Belknap
Fort Worth, Texas 76196-0101

David Richards
3001 West 5th Street, Suite 800
Fort Worth, Texas 76107

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 19 2016

Abel Acosta, Clerk

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

SEP 12 2016

TIME _____ 9:40 _____

BY_____ DEPUTY

CAUSE N0. 0949973D

THE STATE OF TEXAS           §        IN THE 371st JUDICIAL

                            §

VS.                         §        DISTRICT COURT

                            §        A CERTIFIED COPY

TILON LASHON CARTER         §        TARRANT COUNTY, TEXAS 9-12-16
                                     ATTEST:_____

                                     THOMAS A. WILDER
                                     DISTRICT CLERK
                                     TARRANT COUNTY, TEXAS

                                     BY:_____
                                           DEPUTY

## ORDER SETTING EXECUTION DATE

The Court has reviewed the State's Motion to Set Execution Date and finds that the motion should be **GRANTED** and a date of execution be set in this case.

In November 2006, the Defendant, Tilon Lashon Carter, was convicted of capital murder and sentenced to death in cause number 0949973D. The Texas Court of Criminal Appeal's affirmed the Defendant's conviction and death sentence on direct appeal on January 14, 2009. See *Carter v. State*, No. AP-75,603 (Tex. Crim. App. January 14, 2009). On October 5, 2009, the Supreme Court of the United States denied Defendant's petition for writ of certiorari. See *Carter v. Texas*, 558 U.S. 830 (2009).

The Defendant filed a state application for writ of habeas corpus on September 8, 2008. *See Ex parte Tilon Lashon* Carter, No. WR-70,722-01 (Tex. Crim. App. January 28, 2009) (unpublished order). After a live evidentiary hearing, the Court entered findings of fact and conclusions of law and recommended that relief be denied on October 8, 2010. The Texas Court of Criminal Appeals denied relief on December 15, 2010. See *Ex parte Tilon Lashon* Carter, No. WR-70,722-01 (Tex. Crim. App. January 28, 2009) (unpublished order).

TILON LASHON CARTER, CAUSE N0. 0949973D - ORDER SETTING EXECUTION DATE, Page 1 of 3

The Defendant next filed a federal petition for writ of habeas corpus which was denied by the United States District Court for the Northern District of Texas, Fort Worth Division on March 4, 2015. *See Carter v. Stevens*, No. 4:10-CV-969-Y (N.D. Tex. March 4, 2015) (unpublished). The United States Court of Appeals for the Fifth Circuit denied the Defendant's request for a certificate of appealability on October 28, 2015. *See Carter v. Stevens*, 805 F.3d 552 (5th Cir. 2015). Lastly, Defendant's petition for writ of certiorari was denied by the United States Supreme Court on March 28, 2016. *Carter v. Stevens*, 136 S.Ct. 1497 (2016).

It is therefore evident that Defendant has exhausted his avenues for relief through the state and federal courts and further, there are no stays of execution in effect in this case.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Defendant, Tilon Lashon Carter, who has been adjudged to be guilty of capital murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and judgment of the Court at **DEATH**, shall be kept or taken into the custody of the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice until the **7th day of February, 2017,** upon which day, at the Correctional Institutions Division of the Texas Department of Criminal Justice, at some time after the hour of six o'clock p.m., in a room designated by the Correctional Institutions Division of the Texas Department of Criminal Justice and arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director, as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a

substance or substances in a lethal quantity sufficient to cause the death of the Defendant, Tilon Lashon Carter until the said Tilon Lashon Carter is dead. Such procedure shall be determined and supervised by the said Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.

IT IS FURTHER ORDERED that **The Clerk of this Court** shall issue and deliver to the **Sheriff of Tarrant County, Texas**, a **Death Warrant** in accordance with this sentence and Order, directed to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, at Huntsville, Texas, commanding the said Director, to put into execution the Judgment of Death against the said Tilon Lashon Carter.

The Sheriff of Tarrant County, Texas is hereby ordered, upon receipt of said Death Warrant, to deliver said Warrant to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, Huntsville, Texas together with Defendant, Tilon Lashon Carter.

SIGNED this _____ day of September 2016.

MOLLEE WESTFALL, JUDGE
371st JUDICIAL DISTRICT COURT
TARRANT COUNTY, TEXAS